IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GUVEY DAVIS, | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. 3:13-cv-683-O |
| EVELYN DAVIS, | § | |
| Defendant. | § | |

**ORDER**

After conducting a review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are hereby accepted as the Findings of the Court.

This case is transferred to the Fort Worth Division of the Northern District of Texas pursuant to 28 U.S.C. § 1406(a).

**SO ORDERED** on this **1st day** of **May, 2013.**

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**